**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 06-7807**

—————————

In Re:  CHRISTOPHER MICHAEL WATKINS,

                                            Petitioner.

—————————

On Petition for Writ of Audita Querela.
(4:00-cr-00043-HCM)

—————————

Submitted:  March 22, 2007          Decided:  March 29, 2007

—————————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Christopher Michael Watkins, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Michael Watkins, a federal prisoner, petitions for a writ of audita querela pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2000), requesting that we vacate his sentence and remand to the district court for resentencing. Although we grant Watkins leave to proceed in forma pauperis, we deny the petition because a writ of audita querela is not available or appropriate in this case. See United States v. Valdez-Pacheco, 237 F.3d 1077, 1080 (9th Cir. 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED